

# NUMBER 13-22-00247-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MARISSA ROSALES,                                                    Appellant,

v.

LA ARMADA II,                                                           Appellee.

## On appeal from the County Court at Law No. 5
of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Silva

On May 27, 2022, appellant filed a notice of appeal. On June 1, 2022 and July 14, 2022, the Clerk of the Court notified appellant that her notice of appeal was not in compliance with the Texas Rules of Appellant Procedure. *See* TEX. R. APP. P. 9.5(e), 25.1(d)(1), (2), (4). Appellant was also advised that, if the defects were not corrected

within ten days from the date of the letters, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

Furthermore, on June 27, 2022, the Clerk of the Court notified appellant that her docketing statement had not been filed as previously requested; the Clerk of the Court further requested appellant immediately complete and return a docketing statement.

Appellant has not filed a docketing statement, has failed to correct the defects in her notice of appeal, and has otherwise not responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
25th day of August, 2022.

2